IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JONAS R. GAVELIS D.M.D., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) ) No. 1:15-cv-13190 |
| v. | ) ) |
| DENTAL RESOURCE SYSTEMS, INC. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO AMEND SCHEDULING ORDER**

Plaintiff, JONAS R. GAVELIS D.M.D. ("Plaintiff"), through his attorneys and pursuant to Federal Rule of Civil Procedure 16(b)(4), respectfully requests this Court amend the remaining portions of the August 18, 2015 Scheduling Order. In support of this Motion, Plaintiff states as follows:

1. On August 18, 2015, Plaintiff filed this Class Action Complaint challenging Defendant Dental Resource Systems, Inc.'s ("Defendant") alleged practice of sending unsolicited advertisements by fax in violation of the federal Telephone Consumer Protection Act of 1991, as amended by the Junk Fax Prevention Act of 2005, 47 U.S.C. § 227, *et seq.* ("TCPA"). (Doc. 1).

2. On December 22, 2015, the Court entered a scheduling order which delineated various deadlines and hearings for this matter. (Doc. 27). Among the dates at issue here are: the briefing schedule on Plaintiff's Motion for Class Certification, with the opening brief due on October 31, 2016 and responses due by November 30, 2016; oral argument for Class Certification on December 15, 2016; a date of February 28, 2017 for notices to be sent to the class if class

*Motion allowed; hearing on Class Certification: Thurs., March 23, 2017, at 3:00 p.m.; if certified, notices to be sent by May 31, 2017; final pretrial conference: Thurs., Sept 21, 2017 at 3:00 p.m.; trial to commence on Mon., Oct 1, 2017, at 9:00 A.M. There will be no further continuances.* /s/ NMGorton, USDJ 11/16/16