IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JONAS R. GAVELIS D.M.D., individually and as the representative of a class of similarly-situated persons, | ) ) ) ) |
| Plaintiff, | ) ) ) No. 1:15-cv-13190 |
| v. | ) ) |
| DENTAL RESOURCE SYSTEMS, INC. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii), Plaintiff, JONAS R. GAVELIS D.M.D., and Defendant, DENTAL RESOURCE SYSTEMS, INC., through their undersigned attorneys, hereby stipulate to the dismissal of this action with prejudice, each side to bear its own costs.

                                              Respectfully submitted,

*s/* Ross M. Good                             *s/*James K. Borcia (with permission)
Ross M. Good                                  James K. Borcia
Brian J. Wanca                                TRESSLER LLP
Ryan M. Kelly                                 233 South Wacker Drive, 22nd Floor
 ANDERSON + WANCA                             Chicago, IL  60606
3701 Algonquin Road, Suite 500                Telephone:  312-627-4000
Rolling Meadows, IL 60008                     Fax:  312-627-1717
Tel. (847) 368-1500
Fax (847) 368-1501
                                              and
and
                                              Michael S. Batson
Alan L. Cantor, BBO #072360                   HERMES, NETBURN, O'CONNOR
 SWARTZ & SWARTZ                              & SPEARING, P.C.
10 Marshall Street, 25th Floor                265 Franklin Street, Seventh Floor
Boston, MA 02108                              Telephone:  617-728-0050
Tel. (617) 742-1900                           Fax:  617-728-0052
Fax (617) 367-7193

                                              *Attorneys for Defendant*
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 24, 2017, I electronically filed the foregoing Notice of Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.

                                                                 /s/Ross M. Good